Sealed
Public and unofficial staff access to this instrument are prohibited by court order

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
*September 10, 2025*
Nathan Ochsner, Clerk of Court

HOUSTON DIVISION

No. **4:25-cr-471**

USAO#: 2023R07026

CRIMINAL INDICTMENT

Filed:

Judge: **Rosenthal**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

NICHOLAS J. GANJEI, USA (713) 567-9000
JENNIFER WEINHOLD, AUSA (713) 567-9000
ANTHONY FRANKLYN, AUSA (713) 567-9000

| | | Appt'd | Private |
|---|---|---|---|
| AUSTIN WILLARD TANTON (Cts.1, 2, 3) | | ☐ | ☐ |
| KAYLA THOMPSON (Cts.1, 2) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Conspiracy to Commit Malicious Use of Explosive Materials [18 USC § 844(n)]
Ct. 2: Explosive Materials—Commission of a Federal Felony [18 USC §§ 844(h)(1) & (h)(2); 18 USC 2]
Ct. 3: Possession of Unregistered Destructive Device [26 U.S.C. §§ 5841, 5845, 5861(d), 5871 and 18 USC 2]

Charges Total Counts (3)

**PENALTY:**
Ct. 1: NLT 5 Years Imprisonment, NMT 20 Years Imprisonment, NMT $250,000 Fine, NMT 3 Years SRT, $100 SA
Ct. 2: NLT 5 Years Imprisonment, NMT 20 Years Imprisonment, NMT $250,000 Fine, NMT 3 Years SRT, $100 SA
Ct. 3: NMT 10 years imprisonment; up to $10,000 fine, or both; and NMT 3 years SRT, $100 SA

☐ In Jail

☐ On Bond

NAME & ADDRESS
of Surety

☑ No Arrest AUSTIN WILLARD TANTON
KAYLA THOMPSON

## PROCEEDINGS:

| |
|---|
| |
| |
| |