## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                               Case Number: 4:25−cr−00471

Kayla Thompson

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/1/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

Date:   December 1, 2025

                                                                          Nathan Ochsner, Clerk