**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *v.* | § | CASE NO. 4:25-CR-00471 |
| | § | |
| KAYLA THOMPSON | § | |
| AUSTIN TANTON | § | |
| DEFENDANTS | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE LEE H. ROSENTHAL:

COME NOW, KAYLA THOMPSON, requests this honorable Court to grant this Unopposed Motion for Continuance and would show the court the following:

I.

The above styled cause is set for jury trial on May 26, 2026. Motions are due on April 27, 2026.

II.

Counsel continues to review the discovery with Defendant, and additional materials may still be forthcoming. Defendant is also engaged in ongoing negotiations with the government regarding a potential plea agreement. Accordingly, Defendant respectfully requests additional time to complete review of the discovery, to confer fully with counsel, and to determine the appropriate course of action.

III.

Defendant respectfully requests a continuance of at (120) days from the current trial setting to allow adequate time for investigation, review of discovery, and

preparation.

## IV.

Counsel for defendant Kayla Thomson has contacted the attorney representing co-defendant Austin Tanton, who is not opposed to this motion. Counsel has also contacted the Assistant United States Attorney, Jennifer Teper, and the government likewise does not oppose the requested continuance.

## V.

Defendants waive their right to a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A).

**THEREFORE**, for the aforementioned reasons, Defendant requests this Court grant a continuance of the trial date and its associated pre trial settings for at least (120) days from the present trial setting.

Respectfully Submitted,

*/s/ Andrew Williams*
Andrew Williams
Texas State Bar Number:  00788671
2261 Northpark Dr., Ste. 502
Kingwood, TX 77339
Telephone:  (281) 358.9111
andrewjwlaw@gmail.com
*Attorney for Kayla Thompson*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Continuance was delivered via electronic filing to the Assistant United States Attorney and all counsel of record in this cause on April 27, 2026.

*s/   Andrew Williams*
Andrew Williams

**CERTIFICATE OF CONFERENCE**

Counsel conferred with Assistant United States Attorney in this cause, Jennifer Teper, and the government is unopposed to this motion. Likewise counsel certifies that he has communicated with Ryan Rones, counsel for the co-defendant as indicated in the motion and co-counsel is unopposed to the filing of this motion.

*s/   Andrew Williams*
Andrew Williams