USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
*September 09, 2026*
Nathan Ochsner, Clerk of Court

HOUSTON DIVISION

No. 4:25-cr-471-S

USAO#: 2023R07026
MAG NO.

SUPERSEDING CRIMINAL INDICTMENT Filed: ______ Judge: **Rosenthal**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| AARON F. REITZ, USA | (713) 567-9000 |
| JENNIFER TEPER, AUSA | (713) 567-9000 |

| Defendant | | Appt'd | Private |
|---|---|---|---|
| AUSTIN TANTON (Cts.1-4) | | ☐ | ☐ |
| KAYLA LYNN THOMPSON (Cts.1-3) | | ☐ | ☐ |
| GERTRUDE MARIE THOMPSON (Cts.1-3) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Conspiracy to Commit Arson [18 U.S.C. §§ 844 (n)]
Ct. 2: Use of an Explosive to Commit a Federal Felony [18 U.S.C. § 844(h)(1) and (h)(2) and 2]
Ct. 3: Arson [18 U.S.C. §§ 844(i) and 2]
Ct. 4: Possession of Unregistered Destructive Device [26 U.S.C. § 5841, 5845, 5861(d), 5871, and 2]

Charges Total Counts (4)

**PENALTY:**
Ct. 1: Not less than 5 years and up to 20 years imprisonment, up to $250,000 fine, $100 special assessment.
Ct. 2: Consecutive mandatory minimum 10 years imprisonment to the federal, $100 special assessment.
Ct. 3: Not less than 5 years or more than 20 years confinement; $250K fine; three (3) years supervised release, $100 special assessment.
Ct. 4: Up to 10 years in prison, up to $10,000 fine pursuant to 26 U.S.C. § 5871, , $100 special assessment.

☑ In Jail — AUSTIN TANTON
KAYLA LYNN THOMPSON

☐ On Bond

NAME & ADDRESS
of Surety

☑ No Arrest — GERTRUDE MARIE THOMPSON

## PROCEEDINGS: