**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 4:25−cr−00471

Kayla Thompson

---

## Notice of Setting

**A proceeding has been set in this case as to Kayla Thompson as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/17/2026

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Applicable defendant(s) required to be present at the hearing.

RE: Sealed Event − #60

---

Date: November 13, 2026 Nathan Ochsner, Clerk