UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The United States of America | |
| v. | 4:25-CR-471 |
| Gertrude Marie Thompson | |

# Motion to Modify Conditions of Release

Defendant Gertrude Marie Thompson respectfully moves the Court to modify the Order Setting Conditions of Release (Doc. 59) to permit her to change her residence from 11261 Crossno Road, Cleveland, Texas 77328 (Montgomery County) to 765 County Road 153, Nacogdoches, Texas 75965 (Nacogdoches County), and to make the related adjustments to her travel restriction and supervision described below.

## Background

The Court released Mrs. Thompson on a $25,000 unsecured appearance bond (Doc. 58) subject to the conditions set out in the Order Setting Conditions of Release (Doc. 59). Among other conditions, Mrs. Thompson is under Pretrial Services supervision and must abide by a travel restriction to "Montgomery County and surrounding counties; Nacogdoches County travel to be preapproved." (Doc. 59 at 2, ¶ 7(f).)

Mrs. Thompson's anticipated move to Nacogdoches County was raised at the detention hearing, before conditions were set. That is why the Court's travel condition

expressly references Nacogdoches County. The Pretrial Services Report likewise reflects that Mrs. Thompson and her husband, Joe Thompson, own the Nacogdoches County property outright, 765 County Road 153, Nacogdoches County, Texas 75965, in addition to the Cleveland home. (Pretrial Services Report at 2.)

Mrs. Thompson now wishes to relocate, with her husband, to the Nacogdoches County property. Closing on the sale of the current home is scheduled for November 19, 2026. Since her release, Mrs. Thompson has been compliant with her conditions of release.

## Argument

The requested modification does not lessen the protection the Court's existing conditions provide. Mrs. Thompson would remain on home detention with GPS monitoring, and every other condition would remain in force. The only change is the location of the residence at which those conditions are enforced.

The move presents no added risk of nonappearance. Mrs. Thompson is 58 years old, was born in Cleveland, Texas, has lived in this area her entire life, and has no prior criminal history. (Pretrial Services Report at 1, 3.) The Nacogdoches property is owned by the family free and clear, giving her a stable, verifiable residence. Mrs. Thompson will have the means to travel to Houston for every court setting, attorney meeting, and Pretrial Services appointment. She has no passport and remains prohibited from obtaining one.

Nacogdoches County lies within the Lufkin Division of the Eastern District of Texas. Mrs. Thompson therefore requests that the Court authorize Pretrial Services for the Southern District of Texas to arrange courtesy supervision, including location

monitoring, through Pretrial Services for the Eastern District of Texas, with the Southern District of Texas retaining jurisdiction over this case.

## Requested Relief

Mrs. Thompson respectfully requests that the Court modify the Order Setting Conditions of Release (Doc. 59) as follows:

(a) Permit Ms. Thompson to change her residence to 765 County Road 153, Nacogdoches, Texas 75965, with the move to occur on a date and in a manner approved in advance by Pretrial Services;

(b) Amend condition 7(f) to restrict travel to Nacogdoches County and its surrounding counties, with travel permitted to Montgomery County and Harris County, Texas for court appearances, attorney visits, Pretrial Services appointments, and other travel approved in advance by Pretrial Services;

(c) Authorize Pretrial Services to arrange courtesy supervision and location monitoring through the Eastern District of Texas; and

(d) Order that all other conditions of release remain in full force and effect.

Respectfully submitted,
Law Office of Alejandro Macias, PC

Alejandro Macias
SDTX 34718
TBN 24034545
550 Westcott St., Suite 300
Houston, Texas 77007
281-742-9508
281-823-8026 fax
am@alejandromacias.com

## Certificate Of Conference

I advised Assistant U.S. Attorneys Jennifer K. Teper and Anthony Franklin of this motion to modify on November 10, 2026. Ms. Teper was not available and Mr. Franklin advised that he would defer to the position of Pretrial Services.

Alejandro Macias

## Certificate Of Service

I filed this motion and proposed order on November 13, 2026 through the SDTX CM/ECF which sends it to all parties.

Alejandro Macias